DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
GERMAN FLORES-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR.S-11-409-GEB |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| GERMAN FLORES-RUIZ ) | Date: December 9, 2011 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for GERMAN FLORES-RUIZ that the status conference hearing date of November 4, 2011 be rescheduled for a status conference on December 9, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 9, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

///

1  Local Code T4 based upon continuity of counsel and defense preparation.

2  DATED: October 27, 2011.                    Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender

                                               /s/ Courtney Fein
                                               COURTNEY FEIN
                                               Assistant Federal Defender
                                               Designated Counsel for Service

                                               Attorney for

   DATED: October 27, 2011.                    BENJAMIN WAGNER
                                               United States Attorney

                                               /s/ Courtney Fein for
                                               MICHELE BECKWITH
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 4, 2011, status conference hearing be continued to December 9, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 9, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge